# United States Bankruptcy Court
## District of New Jersey

In re **JTRE 14 VESEY LLC**
Debtor(s)

Case No. **24-12087-MBK**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for JTRE 14 VESEY LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**14 VESEY STREET PARTNERS (DEL) LLC**
**5 Ocean Place**
**Loch Arbour, NJ 07711**

None [*Check if applicable*]

**February 29, 2024**
Date

**/s/ Eric H. Horn**
**Eric H. Horn**
Signature of Attorney or Litigant
Counsel for **JTRE 14 VESEY LLC**

**A.Y. Strauss LLC**
**290 West Mount Pleasant Avenue, Suite 3260**
**Livingston, NJ 07039**
**973-287-5006 Fax:973-533-0127**
**ehorn@aystrauss.com**