# United States Bankruptcy Court
## District of New Jersey

In re **JTRE 14 VESEY LLC** Debtor(s)

Case No. **24-12087-MBK**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **14 VESEY STREET PARTNERS (DEL) LLC**<br>**5 Ocean Place**<br>**Loch Arbour, NJ 07711** | | | **100% of membership interests** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **VP-Restructuring** of the LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 29, 2024**

Signature **/s/ David Goldwasser**
**David Goldwasser**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.