**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-2*

**A.Y. STRAUSS LLC**
Eric H. Horn, Esq.
Heike M. Vogel, Esq.
Maria A.G. Harper, Esq.
290 West Mount Pleasant Avenue, Suite 3260
Livingston, New Jersey 07039
Tel. (973) 287-5006
Fax  (973) 533-0127

*Counsel to the Debtors*
*and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>JTRE 14 VESEY LLC,<br><br>                       Debtor. | Chapter 11<br>Case No. 24-12087 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Eric H. Horn, certify that on (i) August 14, 2024, I caused to be served via ECF filing the following on the parties set forth on Schedule A; (i) August 16, 2024, I caused to be served via mailing the following on the parties set forth on Schedule B:

1.      Modified Disclosure Statement [Docket No. 100]


Dated: August 16, 2024

*/s/ Eric H. Horn*
Eric H. Horn

Schedule A

**Vesey Service List by Email:**

Michael Jason Barrie on behalf of Creditor   CPIF MRA, LLC
mbarrie@beneschlaw.com,  debankruptcy@beneschlaw.com

Neil Matthew Berger on behalf of Mediator Albert  Togut
neilberger@teamtogut.com,  dperson@teamtogut.com;mnester@teamtogut.com;jcohen@teamtogut.com

Daniel  Brogan on behalf of Creditor   CPIF MRA, LLC
dbrogan@beneschlaw.com,  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi on behalf of Creditor   CPIF MRA, LLC
kcapuzzi@beneschlaw.com,  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Eric  Horn on behalf of Debtor   14 Vesey Street Partners (Del) LLC
ehorn@aystrauss.com,  g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric  Horn on behalf of Debtor   JTRE 14 Vesey LLC
ehorn@aystrauss.com,  g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Frank A. Oswald on behalf of Mediator Albert  Togut
frankoswald@teamtogut.com,  seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com

 U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Rachel  Wolf on behalf of U.S. Trustee   U.S. Trustee
rachel.wolf@usdoj.gov

Schedule B

Con Ed
4 Irving Place
New York, NY 10003-3598

Daily Maintenance
29 W. 36th Street, Suite 801
New York, NY 10018-6653

Heritage Consulting Group
225 E Michigan St. Suite 300
Milwaukee, WI 53202-4900

IRS
PO Box 7346
Philadelphia, PA 19101-7346

James Harb
320 West End Avenue, Apt. 4A
New York, NY 10023-8114

Jeffrey Weinhaus
114 River Rd, Grandviw ON HU
Nyack, NY 10960-4904

Metropolis
120 Broadway 27th Fl
New York, NY 10271-0025

NYC Dept Finance
345 Adams Street 3rd Floor
Brooklyn, NY 11201-3739

NYC Dept of Fin.
375 Pearl Street, 27th Floor
New York, NY 10038-1441

NYC Law Dept.
Office of Corp Counsel
Attn: Hon. Sylvia O. Hinds-Radix
100 Church Street
New York, NY 10007-2601

NYS Dept Tax and Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300

New York City Dept of Finance
Office of Legal Affairs
Collections Unit-RPT Taxes
375 Pearl Street, 30th fl
New York, NY 10038-1442

Nouveau Elevator Industries
47-55 37th Street
Long Island City, NY 11101-1803

Rite Plumbing & Heating Inc.
750 Lexington Avenue, 9th Floor
New York, NY 10022-9847

SRA Architecture + Engineering, PC
511 Canal Street, 3rd Fl
New York, NY 10013-1301

Susan Mossery
1143 East 7th Street
Brooklyn, NY 11230-4007

Veracity Builders LLC
511 Canal Street, 6th F
New York, NY 10013-1301

Wall Street Capital
29 West 36th Street, Suite 303
New York, NY 10018-7674

Westerman Ball
1201 RXR Plaza
Uniondale, NY 11556-4201