**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**TOGUT, SEGAL & SEGAL LLP**
Frank A. Oswald, Esq.
550 Broad Street, Suite 1508
Newark, NJ 07102
Tel: (212) 594-5000
frankoswald@teamtogut.com

Albert Togut, Esq. (admitted pro hac vice)
Eitan E. Blander, Esq. (admitted pro hac vice)
One Penn Plaza, Suite 3335
New York, NY 10119
Tel: (212) 594-5000
altogut@teamtogut.com
eblander@teamtogut.com

*Attorneys for Albert Togut,*
*Not Individually But Solely in His Capacity*
*as Chapter 11 Trustee*

| | |
|---|---|
| In re:<br><br>JTRE 14 VESEY LLC, et al,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24- 12087 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

1. I, Jonathan Cohen:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Frank A. Oswald, who represents
    the Chapter 11 Trustee in this matter.

    ☐ am the _____ in this case and am representing myself.

---

[1] JTRE 14 Vesey LLC's case is jointly administered with the case of 14 Vesey Street Partners (DEL) LLC (24-12086), Park 28 Partners LLC (24-17234), and W72 Street Partners LLC (24-17236).

2. On March 23, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- Trustee's Application for: (I) An Order Approving (A) Bidding Procedures Regarding the Trustee's Sale of 14 Vesey St. Property, (B) The Stalking Horse Bid Protections, and (C) The Time, Date, Plcae and Form of Notice for Bids, an Auction and a Sale Hearing; and (II) An Order Approving, (A) The Sale Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (B) Payment of Broker Commissions from Sale Proceeds [Docket No. 336]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    March 23, 2026

/s/ Jonathan Cohen
Signature

**SERVICE LIST:**

**VIA CM/ECF & E-MAIL**

Rachel Wolf, Esq.
Lauren Bielskie, Esq.
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102-5235
Office of the United States Trustee
rachel.wolf@usdoj.gov
lauren.bielskie@usdoj.gov

Eric Horn, Esq.
A.Y. Strauss
290 West Mount Pleasant Avenue
Suite 3260
Livingston, NJ 07039-2767
Debtor's Counsel
ehorn@aystrauss.com

Abbey Walsh, Esq.
Kevin M. Capuzzi, Esq.
Michael J. Barrie, Esq.
Benasch, Friedlander, Coplan & Aronoff
1313 North Market Street, Suite 1201
Wilmington, DE 19801
*Counsel to CPIF MRA, LLC*
abbey.walsh@beneschlaw.com
kcapuzzi@beneschlaw.com
mbarrie@beneschlaw.com

**VIA E-MAIL and FIRST-CLASS MAIL**

Office of the U.S. Attorney of New Jersey
Attn: Eamonn O'Hagan, Esq.
Senior Bankruptcy Counsel
970 Broad Street
Newark, NJ 07102
Eamonn.OHagan@usdoj.gov
mark.wojcik@usdoj.gov

Steven J. Cohen, Esq.
Wachtel Missry LLP
One Dag Hammarskjold Plaza
885 Second Avenue
New York, NY 10017
cohen@wmllp.com
*Counsel for Stalking Horse Bidder*

Cushman & Wakfield
Attn: Ian Lerner
Attn: Bobby Carrozzo
Real Estate Broker to Debtors
Ian.Lerner@cushwake.com
Bobby.Carrozzo@cushwake.com

IRS
PO Box 7346
Philadelphia, PA 19101-7346
jessica.a.aichhorn@irs.gov

Con Ed
4 Irving Place
New York, NY 1003-3598
scaglionej@coned.com

Department of Finance
1 Centre Street
New York, NY 10007
ACRIS_LIENS@FINANCE.NYC.GOV

NYC Department of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201
Attn: Bankruptcy Unit
seremetisv@finance.nyc.gov

NYC Law Dept.
Corporation Counsel for City of New York
Bankruptcy Unit
100 Church Street, #4
Attn: Hugh Shull, Esq.
New York, NY 10007
hughs@law.nyc.gov
hhshull@gmail.com

Nouveau Elevator Industries LLC
c/o Romano & Associates
350 Old Country Road - Ste. 205
Garden City, NY 11530
mjr@romanofirm.com

Nouveau Elevator Industries LLC
47-55 37th Street
Long Island City, NY 11101
mjr@romanofirm.com

New York Insulation, Inc.
c/o Redmond Law PLLC
80 Broad Street - Suite 1202
New York, NY 10004
Attn:  Steven E. Spada, Esq.
Omar Mulamekic, Esq.
sspada@redmondpllc.com
omulamekic@redmondpllc.com

JKT Construction Inc.
839 Stewart Avenue
Garden City, NY 11530
bgower@corcon–usa.com

Phillips Nizer LLP
485 Lexington Avenue, 14th Floor
New York, New York 10017
Hdang@PhillipsNizer.com
mlandis@phillipsnizer.com

**VIA FIRST-CLASS MAIL**

United States Attorney for the
Southern District of New York
Attn:  Tax and Bankruptcy Unit,
86 Chambers Street, 3rd Floor
New York, New York 10007

New Jersey Div. of Taxation Compliance
and Enforcement
Attn: Bankruptcy Dept.
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695

New York State Attorney General
120 Broad Street
New York, NY 10271-0332

NYS Attorney General
Bankruptcy Unit
The Capital
Albany, NY 12224-0341

NYC Dept. of Finance
375 Pearl Street, 27th Floor
New York, NY 10038-1441

NYS Dept. Tax and Finance
Bankruptcy /Special Procedures
PO Box 5300
Albany, NY 12205-0300

New York State Department of Taxation and Finance
Attn: Office of Counsel
Building 9, W A Harriman Campus
Albany, NY 12224

New York City Dept. of Finance
Office of Legal Affairs
Collections Unit-RPT Taxes
375 Pearl Street, 30th Fl
New York, NY 10038-1442

Environmental Protection Agency, Region 2
290, Broadway, 17th Floor
New York, NY 10007-1866

SEC
100 F Street, NE
Washington, DC 20549-2001

NYS Department of Tax
Bankruptcy Unit, Building 8 Room 455
W.A. Harriman St Campus
Albany, New York 12224

Westerman Ball
1201 RXR Plaza
Uniondale, NY 11556-4201

New York City Environmental Control Bureau
66 John Street
New York, NY 10038