## EXHIBIT A

### Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(a)*

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Michael J. Barrie (NJ No. 033262000)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
mbarrie@beneschlaw.com
-and-
Abbey Walsh (admitted *pro hac vice*)
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: (646) 593-7050
Facsimile: (646) 755-3397
abbey.walsh@beneschlaw.com

*Counsel to CPIF MRA, LLC*

| | |
|---|---|
| In re:<br><br>JTRE 14 VESEY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12087 (MBK)<br><br>(Jointly Administered)<br><br>Hearing Date: May 7, 2026 at 10:00 a.m.<br><br>Judge: Michael B. Kaplan |

**[PROPOSED] ORDER GRANTING MOTION OF CPIF MRA, LLC FOR
DETERMINATION THAT A TERM SHEET FAILURE HAS OCCURRED
PURSUANT TO THE RULE 9019 SETTLEMENT TERM SHEET**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

---

[1] JTRE 14 Vesey LLC's case is jointly administered with the cases of 14 Vesey Street Partners (DEL) LLC (24-12086), Park 28 Partners LLC (24-17234) and W72 Street Partners LLC (24-17236) (together, the "Debtors").

**(Page 2)**

Debtor:      JTRE 14 Vesey LLC, *et al*.

Case No.:    24-16256 MBK

Caption:     Order Granting Motion of CPIF MRA, LLC for Determination that a Term Sheet
             Failure Has Occurred  Pursuant to the Rule 9019 Settlement Term Sheet

---

Upon the motion (the "Motion")[2] of CPIF MRA, LLC for determination that a Term Sheet Failure has occurred pursuant to Section 105 of the Bankruptcy Code and Fed. R. Bankr. P. 9014 and 9019, and this Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and *Standing Order of Reference 12-1* from the United States District Court for the District of New Jersey, dated as of September 18, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and venue being proper in this district under 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given; and no other or further notice being necessary; and the Court having considered the Motion and any objections or responses thereto; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that

1.      The Motion is **GRANTED** as set forth herein.

2.      One or more Term Sheet Failures have occurred.

3.      Lender's claim against each of the Vesey Debtors is reinstated to, and allowed as, the Filed Claim Amount.

4.      Terzi shall not be released from his personal guaranties for the benefit of Lender upon the sale of any of the Debtors' properties.

5.      This Order shall be immediately effective and enforceable upon its entry.

6.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.