## EXHIBIT D

### Shields Declaration

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(a)

</td><td></td></tr>
</table>

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(a)

**Benesch, Friedlander, Coplan & Aronoff LLP**
Michael J. Barrie (NJ No. 033262000)
Kevin M. Capuzzi (NJ No. 173442015)
Daniel N. Brogan (NJ No. 042592012)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
mbarrie@beneschlaw.com
kcapuzzi@beneschlaw.com
dbrogan@beneschlaw.com

*Counsel to CPIF MRA, LLC*

| | |
|---|---|
| In re:<br><br>JTRE 14 VESEY LLC, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12087 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>(Jointly Administered)<br><br>**Hearing Date: November 7, 2024 Requested** |
| In re:<br><br>PARK 28 PARTNERS LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-17234 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>(Joint Administration Requested) |
| In re:<br><br>W72 STREET PARTNERS LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-17236 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>(Joint Administration Requested) |

24961025

## DECLARATION OF ROBERT SHIELDS IN SUPPORT OF
## CPIF MRA, LLC'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE

I, Robert Shields, make this declaration to the best of my knowledge, information, and belief and in support of *CPIF MRA, LLC's Motion to Appoint a Chapter 11 Trustee* (the "Motion")[1] filed contemporaneously herewith:

1. I am a Senior Underwriter for the Real Estate Lending strategy team at Columbia Pacific Advisors, an affiliate of CPIF MRA, LLC (the "Lender").

2. On September 9, 2024, Lender learned that since as early as July 3, 2024, insurance coverage on all the Debtors' real properties was cancelled and, at that time, none of the Mortgaged Properties were insured.  A copy of e-mail correspondence with the Debtors former insurance broker where the Lender learned insurance had been cancelled on all properties is attached hereto as Exhibit A.

3. At no time since July 3, 2024 did the Debtors notify the Lender that the insurance coverage was canceled.

4. Following the Lender's discovery that insurance lapsed, the Debtors were initially uncooperative with the Lender's efforts to force place insurance coverage.

5. For example, notwithstanding the Lender's numerous requests for information to force place insurance, such as loss runs, the Debtors refused to comply for weeks.  Correspondence between the Debtors' counsel and Lenders' counsel showing the Lenders' efforts to obtain this information are attached hereto as Exhibit B.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Motion.

6.      It was only after several days of diligent effort by the Lender and its counsel that, on October 2, 2024, insurance was finally in place on all of the Debtors' properties.

7.      In total, Lender was required to pay $75,943.55 to force place insurance on the Debtors assets: (i) $6,122.29 on account of the real estate owned by Park 28 Partners LLC, (ii) $69,821.26 on account of the real estate owned by W72 Street Partners LLC. The Lender paid these amounts on October 2, 2024.

8.      On September 10, 2024, the Lender also learned that the unearned premiums with respect to the canceled policies were "returned" on an undisclosed date to the named insured (i.e. the Debtors), through their representative Morris Terzi. A copy of e-mail correspondence with the Debtors former insurance broker where the Lender learned that the unearned premiums had been returned to Morris Terzi is attached here to as Exhibit C.   Lender promptly demanded the return of those funds and an accounting.  A copy of this correspondence is attached hereto as Exhibit D.

9.      It was not the Debtors or the Terzis, but the Lender who advanced $80,290.08 on October 27, 2023 to fund the Debtors' insurance premiums, (i) $60,055.36 for JTRE 14 Vesey, LLC; (ii) $9,093.56 for Park 28 Partners LLC, and (iii) $11,141.16 for W72 Street Partners LLC.

10.     At no time after July 3, 2024, did the Debtors ever inform Lender that it received the unearned premiums.

11.     Despite Lender's demand, the Debtors still have not returned to Lender or accounted for these unearned, Lender-advanced premiums.

12.     Additionally, as a representative if the Lender, I attend the periodic update calls held by the real estate broker retained by the Debtors in the Bankruptcy Cases, Cushman & Wakefield (the "Broker"), which are also attended by Terzi—although it is my experience that

Jack Terzi often has his brother Morris attend these calls in his stead—and other representatives of the Debtors, the Debtors' bankruptcy counsel, Lender's counsel and the Mediator.

13.     As a result of my attendance on those calls, I am aware that the Broker has been frustrated by Terzi's efforts to hamper the sale process, including his refusal to allow the Broker to establish an offering price, to set a deadline for bids, and to set an "Outside Date", as defined in the Term Sheet, for the end of the sale process.  It is my understanding that those refusals have created an environment that actively discourages buyers from moving with alacrity and submitting timely, competitive bids.

14.     On October 1, 2024 the Broker e-mailed Terzi outlining its concerns regarding the offering price and bid deadlines and asking Terzi to permit the Broker to set both an offering price and a bid deadline for each of the Debtors' properties.  A copy of that email is attached hereto as Exhibit E.  As of the date of this Declaration I am unaware of any response from Terzi to this request.

15.     Additionally, based on my attendance on the periodic update calls with the Broker, I am aware that, Terzi has asserted he performed an abatement with respect to asbestos that was located at the 14 Vesey property. Despite repeated demands, Mr. Terzi has not produced any paperwork demonstrating such abatement was completed, even though Lender paid the contractors for this work. It is my understanding that producing (or not producing, as the case may be) this paperwork will affect interest and pricing with respect to the sale.

16.     On or around July 19, 2024, the Lender funded a retainer in the amount of $10,000 to David Goldwasser, the Debtors' "Vice President of Restructuring."  To my knowledge, he has taken no discernable action in these Bankruptcy Cases, lacked basic knowledge of the Debtor at the 341 meeting, and has not attended a single call with the Broker.

4

17.     Attached hereto as <u>Exhibit F</u> is reports on the outstanding property taxes owed by

JTRE 14 Vesey LLC to the New York City Department of Finance and its history of payments to

same, which were retrieved on October 21, 2024 from the Department of Finance's online portal.


To the best of my knowledge, I declare under penalty of perjury that the foregoing is true

and correct.

Date: October 30, 2024

_____
Robert Shields

# Exhibit A

## Brogan, Daniel

---

**Subject:**                                    FW: Terzi – 31 E. 28th Street

---

**From:** Rob Shields <robs@columbiapacific.com>
**Sent:** Monday, September 9, 2024 11:50 AM
**To:** Cybele Thompson <CThompson@svnelevate.com>; Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Cc:** Steve Stoehrer (sstoehrer@svn.com) <sstoehrer@svn.com>
**Subject:** RE: Terzi – 31 E. 28th Street

Thanks Cybele,

I am looping in my legal counsel as Mr. Terzi was supposed to maintain coverage on the 14 Vesey St. property. Could you follow up with Erin to see if she would send us the historical loss runs for the 28th St property?

Thanks

Rob Shields
Columbia Pacific Advisors
1910 Fairview Ave. E.  |  Suite 200  |  Seattle, WA 98102
DIRECT (206) 519-3958  |  MOBILE (509) 981-7489
www.columbiapacific.com

---

**From:** Cybele Thompson <CThompson@svnelevate.com>
**Sent:** Monday, September 9, 2024 8:44 AM
**To:** Rob Shields <robs@columbiapacific.com>; Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>
**Cc:** Steve Stoehrer (sstoehrer@svn.com) <sstoehrer@svn.com>
**Subject:** Terzi – 31 E. 28th Street

Hi, Rob and Gregg –

I spoke with Erin Levy at Rampart Insurance this morning and what happened was that 31 E 28th St was covered under a policy with 4 other properties as listed below:

| THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM, | |
|---|---|
| FORM NUMBER: 25 | FORM TITLE: Certificate of Liability Insurance: Notes |

Location 1: 807 Manhattan Avenue, Unit #1 & #2, Brooklyn NY, 11222
Location 2: 27 West 72nd Street, New York NY, 10023
Location 3: 2700 Central Park Avenue, Yonkers NY, 10710
Location 4: 14 Vesey Street, New York NY, 10007
Location 5: 31 East 28th Street, New York, NY 10016

Although we paid the premium through 4/1/25 for 31 E 28th St, apparently, the premium was NOT paid for any of the other 4 properties and, as a result, the entire policy was terminated on 7/3/24. Erin said there is no way to go back and reinstate the insurance retroactive to 7/3/24, so we simply have a lapse in insurance coverage at this point. Her boss is out until tomorrow at which time she will respond to us to advise if she can send a quote for new insurance going forward using the same scope of coverage that was previously in place, but just for 31 E 28th St.

1

Please let me know if you all have any questions?

Thanks!



**Cybele L. Thompson, RPA, FMA, CCIM, LEED AP – Lic #01176298**
*Portfolio Manager-National Accounts*
*San Diego, CA*

*Corporate office:*
6105 S. Main Street
Suite 200
Aurora, CO 80016

Mobile:      (858) 775-9662
Email:      cthompson@svnelevate.com

---

**From:** Erin Levy <elevy@rampartinsurance.com>
**Sent:** Wednesday, September 4, 2024 11:58 AM
**To:** Cybele Thompson <CThompson@svnelevate.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** RE: Terzi - 31 E. 28th Street

HI Cybele, the certificates you attached were issued prior to the cancellation notice being issued.

---

**From:** Cybele Thompson <CThompson@svnelevate.com>
**Sent:** Tuesday, September 3, 2024 12:35 PM
**To:** Erin Levy <elevy@rampartinsurance.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** RE: Terzi - 31 E. 28th Street

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

---

This message originated from outside your organization

---

Hi, Erin –

Per the attached email from Sam Cestaro on 5/10/24, we received confirmation that insurance was in effect at 31 E 28th St through 4/1/25 so it should not have been cancelled.  Please clarify what you mean below as we are concerned that no insurance is in place at this property and we did not receive notification of such from Rampart?

Thanks!



2

**Cybele L. Thompson, RPA, FMA, CCIM, LEED AP – Lic #01176298**
*Portfolio Manager-National Accounts*
*San Diego, CA*

*Corporate office:*
**6105 S. Main Street**
**Suite 200**
**Aurora, CO 80016**

Mobile:      (858) 775-9662
Email:       cthompson@svnelevate.com

**From:** Erin Levy <elevy@rampartinsurance.com>
**Sent:** Tuesday, September 3, 2024 8:42 AM
**To:** Cybele Thompson <CThompson@svnelevate.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** RE: Terzi - 31 E. 28th Street

HI Cybele, as stated below, the policies referenced on the certificate you provided cancelled effective 7/3/24, 12:01am.  We do not have insurance in place for this location through our office.

**From:** Cybele Thompson <CThompson@svnelevate.com>
**Sent:** Tuesday, September 3, 2024 11:22 AM
**To:** Erin Levy <elevy@rampartinsurance.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** Re: Terzi - 31 E. 28th Street

This message originated from outside your organization

Hi, Erin -

31 28th St is a property in receivership and I represent the receiver.  We renewed this policy earlier this year through Sam Cestaro

Cybele L. Thompson, RPA, FMA, CCIM, LEED AP - Lic #01176298
Portfolio Manager-National Accounts
San Diego, CA

Corporate Office:
6105 S. Main Street
Suite 200
Aurora, CO 80016

Mobile:  (858) 775-9662
Email:  cthompson@svnelevate.com

**From:** Erin Levy <elevy@rampartinsurance.com>
**Sent:** Tuesday, September 3, 2024 6:46:00 AM
**To:** Cybele Thompson <CThompson@svnelevate.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com <sstoehrer@svn.com>
**Subject:** RE: Terzi - 31 E. 28th Street

3

Hi Cybele,

Please be advised, we no longer handle the insurance for this account.  Coverage expired 7/3/24, 12:01am through our office.

Please also note, Sam is no longer with the agency.  If anything further is needed, please feel free to contact me.

Thank you



**Erin Levy** | Commercial Lines Team Lead

1055 RXR Plaza | Uniondale, NY 11556

Direct:  516 390-3884 |

ehiggins@rampartinsurance.com | website

Effective February 27, 2023, our headquarters have moved to 1055 RXR Plaza, Uniondale, NY 11556

**From:** Cybele Thompson <CThompson@svnelevate.com>
**Sent:** Monday, September 2, 2024 10:07:50 PM
**To:** Sam Cestaro <scestaro@rampartinsurance.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; Steve Stoehrer (sstoehrer@svn.com) <sstoehrer@svn.com>
**Subject:** Terzi - 31 E. 28th Street

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

This message originated from outside your organization

Hi, Sam –

Just wanted to follow up on the below request?

Thank you!



**Cybele L. Thompson, RPA, FMA, CCIM, LEED AP – Lic #01176298**

*Portfolio Manager-National Accounts*

*San Diego, CA*

*Corporate office:*
**6105 S. Main Street**

**Suite 200**

**Aurora, CO 80016**

Mobile:      (858) 775-9662

Email:       cthompson@svnelevate.com

**From:** Cybele Thompson
**Sent:** Friday, August 23, 2024 4:25 PM
**To:** Sam Cestaro (scestaro@rampartinsurance.com) <scestaro@rampartinsurance.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; Steve Stoehrer (sstoehrer@svn.com) <sstoehrer@svn.com>
**Subject:** Terzi - 31 E. 28th Street

Hi, Sam –

5

Case 24-12087-MBK   Doc 302-4   Filed 09/30/26   Entered 09/30/26 19:48:56   Desc
Exhibit D - Declaration of R. Sheehan CEMRA Page 13 of 62
Exhibit A CEMRA Motion to Appoint   Page 13 of 62

You issued us the attached COI several months ago for 31 E 28th St in NY, NY and we were wondering if we can please add the below listed additional insured and additional notice party and reissue the attached COI?

Thanks!



**Cybele L. Thompson, RPA, FMA, CCIM, LEED AP – Lic #01176298**

*Portfolio Manager-National Accounts*

*San Diego, CA*

*Corporate office:*
6105 S. Main Street

Suite 200

Aurora, CO 80016

Mobile:      (858) 775-9662

Email:      cthompson@svnelevate.com

**From:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Sent:** Friday, August 23, 2024 2:56 PM
**To:** gw tridentpacificreg.com <gw@tridentpacificreg.com>; Jeffrey A. Wurst <JWurst@atllp.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Subject:** RE: Terzi - 31 E. 28th Street

Gregg:  Thanks for sending the insurance information.  Can you help with two things?

First, the Borrower changed its name just before filing BK.  Can you please add the Debtor entity as an additional insured:  **Park 28 Partners LLC**

Second, can you please add the U.S. Trustee as an additional notice party?

**United States Department of Justice**

**Office of the United States Trustee**

**One Newark Center, Suite 2100**

**Newark, NJ 07102**

Thanks for your help.  Have a great weekend.

Kevin



Kevin M. Capuzzi
Partner
Insolvency & Creditors' Rights, Litigation, and Transportation & Logistics Practice Groups
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: ////////www.beneschlaw.com/confidentialitynotice

**From:** gw tridentpacificreg.com <gw@tridentpacificreg.com>
**Sent:** Wednesday, August 21, 2024 11:19 AM
**To:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>; Jeffrey A. Wurst <JWurst@atllp.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Subject:** RE: Terzi - 31 E. 28th Street

Hi Kevin,

Does the attached provide what you need?

Gregg Williams

Principal Receiver

Trident Pacific

3730 Kirby Drive Ste. 1200

Houston, TX 77098 - Tel. 949-244-1918

**From:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Sent:** Wednesday, August 21, 2024 8:20 AM
**To:** gw tridentpacificreg.com <gw@tridentpacificreg.com>; Jeffrey A. Wurst <JWurst@atllp.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Subject:** RE: Terzi - 31 E. 28th Street

Hi Gregg:  Do you have a current certificate of insurance for this property that you can me?

Also, we are working with the Debtors on a budget going forward pending the sale process.  Can you send me the recurring monthly expenses?



Kevin M. Capuzzi
Partner
Insolvency & Creditors' Rights, Litigation, and Transportation & Logistics Practice Groups
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: ////////www.beneschlaw.com/confidentialitynotice

**From:** gw tridentpacificreg.com <gw@tridentpacificreg.com>
**Sent:** Friday, February 16, 2024 11:11 AM

**To:** Jeffrey A. Wurst <JWurst@atllp.com>; Walsh, Steven <SWalsh@beneschlaw.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>
**Subject:** RE: Terzi - 31 E. 28th Street

Thanks Jeff.

Gregg Williams

Principal Receiver

Trident Pacific

3730 Kirby Drive Ste. 1200

Houston, TX 77098 - Tel. 949-244-1918

---

**From:** Jeffrey A. Wurst <JWurst@atllp.com>
**Sent:** Friday, February 16, 2024 9:06 AM
**To:** Walsh, Steven <SWalsh@beneschlaw.com>; gw tridentpacificreg.com <gw@tridentpacificreg.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>
**Subject:** Re: Terzi - 31 E. 28th Street

We should see the draft bond by early afternoon.  Hopefully it will be issued today and I can then file it.

It probably won't be a problem if filed late but hopefully no issue.

Jeffrey A. Wurst
Armstrong Teasdale LLP
Jeffrey A. Wurst | Partner
7 Times Square, 44th Floor, New York, NY 10036
MAIN PHONE: 212.209.4400 | MAIN FAX:
DIRECT: 212.209.4443 | Extension: 6143 | CELL: 516.996.5647
jwurst@atllp.com
www.armstrongteasdale.com
See my Blog at www.WurstCaseScenario.com

**From:** Walsh, Steven <SWalsh@beneschlaw.com>
**Sent:** Friday, February 16, 2024 11:58:44 AM
**To:** gw tridentpacificreg.com <gw@tridentpacificreg.com>; Jeffrey A. Wurst <JWurst@atllp.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Capuzzi, Kevin M.
<KCapuzzi@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>
**Subject:** RE: Terzi - 31 E. 28th Street

CAUTION:    EXTERNAL EMAIL

Great.  Thanks, Gregg.



vCard Bio

Steven L. Walsh
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7059 | SWalsh@beneschlaw.com
www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: ////////www.beneschlaw.com/confidentialityno
tice

**From:** gw tridentpacificreg.com <gw@tridentpacificreg.com>
**Sent:** Friday, February 16, 2024 10:40 AM
**To:** Walsh, Steven <SWalsh@beneschlaw.com>; Jeffrey A. Wurst <JWurst@atllp.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Capuzzi, Kevin M.
<KCapuzzi@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>
**Subject:** RE: Terzi - 31 E. 28th Street

My Counsel is processing Steve but thanks for the reminder.

Gregg Williams

Principal Receiver

Trident Pacific

3730 Kirby Drive Ste. 1200

Houston, TX 77098 - Tel. 949-244-1918

10

**From:** Walsh, Steven <SWalsh@beneschlaw.com>
**Sent:** Friday, February 16, 2024 8:36 AM
**To:** gw tridentpacificreg.com <gw@tridentpacificreg.com>; Jeffrey A. Wurst <JWurst@atllp.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>
**Subject:** Terzi - 31 E. 28th Street

Gregg/Jeff,

Just a reminder that the bond for the 28th Street property/case is due today.  Thanks.

Steve



vCard Bio

Steven L. Walsh
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7059 | SWalsh@beneschlaw.com
www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: ///////www.beneschlaw.com/confidentialitynotice

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.**

11

**Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our <u>International Legal Notices</u>.**

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender to arrange for retrieval of the original communication and/or attachment(s). Insurance coverage cannot be bound, nor can any binder, insurance policy, change, addition, and/or deletion to insurance coverage go into effect unless and until confirmed in writing directly with an agent. All coverages are subject to the terms, conditions and exclusions of the actual policy issued. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender to arrange for retrieval of the original communication and/or attachment(s). Insurance coverage cannot be bound, nor can any binder, insurance policy, change, addition, and/or deletion to insurance coverage go into effect unless and until confirmed in writing directly with an agent. All coverages are subject to the terms, conditions and exclusions of the actual policy issued. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender to arrange for retrieval of the original communication and/or attachment(s). Insurance coverage cannot be bound, nor can any binder, insurance policy, change, addition, and/or deletion to insurance coverage go into effect unless and until confirmed in writing directly with an agent. All coverages are subject to the terms, conditions and exclusions of the actual policy issued. Thank you.

# Exhibit B

## Brogan, Daniel

| | |
|---|---|
| **From:** | Capuzzi, Kevin M. |
| **Sent:** | Monday, September 16, 2024 1:12 PM |
| **To:** | Eric Horn; Maria Harper; Brogan, Daniel |
| **Cc:** | Barrie, Michael; Albert Togut |
| **Subject:** | RE: Vesey/28th/72nd--Correspondence Dated 9.12.24 |

Eric: Following up for the 28th Street detailed loss run and the refund check allocation.



Kevin M. Capuzzi
Partner
Insolvency & Creditors' Rights, Litigation, and Transportation & Logistics Practice Groups
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Eric Horn <ehorn@aystrauss.com>
**Sent:** Friday, September 13, 2024 4:16 PM
**To:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>; Maria Harper <mharper@aystrauss.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Albert Togut <altogut@teamtogut.com>
**Subject:** Re: Vesey/28th/72nd--Correspondence Dated 9.12.24

I heard back from client. No refund was received at all re vesey. They are working to get the exact allocations for w72 and park 28 as well as the broken-out loss runs.

**Eric H. Horn** | Partner
A.Y. Strauss

290 W. Mount Pleasant Ave., Suite 3260, Livingston, NJ 07039
535 Fifth Avenue, 4th Floor, New York, NY 10017
NJ 973-287-5006 | M 201-562-2095

**For CRE stories, follow *The Dealmakers' Edge with A.Y. Strauss* podcast**

***Please note our new NJ address***

**From:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Sent:** Friday, September 13, 2024 2:33:15 PM
**To:** Maria Harper <mharper@aystrauss.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Albert Togut <altogut@teamtogut.com>; Eric Horn <ehorn@aystrauss.com>
**Subject:** [EXT] RE: Vesey/28th/72nd--Correspondence Dated 9.12.24

1

No, per the insurer, it needs to come from the borrower/insured.



Kevin M. Capuzzi
Partner
Insolvency & Creditors' Rights, Litigation, and Transportation & Logistics Practice Groups
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Maria Harper <mharper@aystrauss.com>
**Sent:** Friday, September 13, 2024 2:14 PM
**To:** Brogan, Daniel <DBrogan@beneschlaw.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Albert Togut <altogut@teamtogut.com>; Eric Horn <ehorn@aystrauss.com>
**Subject:** RE: Vesey/28th/72nd--Correspondence Dated 9.12.24

Dan – I'm not sure that we can, because the receiver was appointed on February 9, 2024. Can you try the receiver?

**Maria A.G. Harper** Associate



290 West Mount Pleasant Avenue, Suite 3260, Livingston, NJ 07039
535 Fifth Avenue, 4th Floor, New York, NY 10017
NJ 973-963-3140 | FAX 973-533-0127

www.aystrauss.com
**\*\*Please note our new NJ address\*\***

**From:** Brogan, Daniel <DBrogan@beneschlaw.com>
**Sent:** Friday, September 13, 2024 2:11 PM
**To:** Maria Harper <mharper@aystrauss.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Albert Togut <altogut@teamtogut.com>; Eric Horn <ehorn@aystrauss.com>
**Subject:** [EXT] RE: Vesey/28th/72nd--Correspondence Dated 9.12.24

Maria,

Can we get one of these statements for 28th too? Seems it may have worked for 72nd.

Thanks,
Dan



vCard Bio

Daniel N. Brogan
(he/him/his)
Partner, Restructuring & Insolvency | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 302.299.1571 | m: 484.343.1338
DBrogan@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Maria Harper <mharper@aystrauss.com>
**Sent:** Friday, September 13, 2024 1:22 PM
**To:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Albert Togut <altogut@teamtogut.com>; Eric Horn <ehorn@aystrauss.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Subject:** RE: Vesey/28th/72nd--Correspondence Dated 9.12.24

Kevin,

In advance of our call, please see attached statement of no loss for the 72nd Street property. That, together with the loss runs you were provided, should suffice to obtain force placed insurance for 72nd Street. Again, if I am mistaken, please let me know.

Regards,
Maria

**Maria A.G. Harper** Associate



290 West Mount Pleasant Avenue, Suite 3260, Livingston, NJ 07039
535 Fifth Avenue, 4th Floor, New York, NY 10017
NJ 973-963-3140 | FAX 973-533-0127

www.aystrauss.com
**\*\*Please note our new NJ address\*\***

---

**From:** Maria Harper
**Sent:** Friday, September 13, 2024 11:26 AM
**To:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Albert Togut <altogut@teamtogut.com>; Eric Horn <ehorn@aystrauss.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Subject:** RE: Vesey/28th/72nd--Correspondence Dated 9.12.24

I will send Teams invite shortly.

On or about July 2024, JTRE terminated its relationship with Rampart, which affected thirteen properties. The return relates globally to thirteen properties, not exclusively to 28th Street and 72nd Street. Moreover, per the

3

February 9, 2024 Order appointing the Receiver ("Order"), attached, Receiver was required to "promptly obtain and maintain adequate insurance for the Mortgaged Property in such amounts as the Receiver deems necessary and reasonable." Order ¶ 14. As we understand, Receiver had been communicating with Rampart about this issue. It is also unclear why Receiver had not obtained replacement coverage by the time the policy purportedly lapsed in July or even now. They had ample time during this window to obtain the loss runs directly from Rampart, as well as any additional information it needed.

To be clear, you been provided the attached loss runs now various times. This loss runs covers JTRE's master policy, which includes 28th Street and 72nd Street. The attached should suffice. If it does not, please explain why.

Further, neither Columbia nor Receiver has obtained replacement insurance at this time so it is unclear how Columbia is owed any monies currently from these policies. Please explain.

Regards,
Maria


**Maria A.G. Harper** Associate



290 West Mount Pleasant Avenue, Suite 3260, Livingston, NJ 07039
535 Fifth Avenue, 4th Floor, New York, NY 10017
NJ 973-963-3140 | FAX 973-533-0127

www.aystrauss.com
**\*\*Please note our new NJ address\*\***

---

**From:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Sent:** Friday, September 13, 2024 10:36 AM
**To:** Maria Harper <mharper@aystrauss.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Albert Togut <altogut@teamtogut.com>; Eric Horn <ehorn@aystrauss.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Subject:** [EXT] RE: Vesey/28th/72nd--Correspondence Dated 9.12.24

Maria:

Yes, 1:30 p.m. works for us.

FYI, Rampart indicated that the policies on all of the properties were cancelled in July and also indicated that they were no longer the Debtors' insurance broker. On that basis, they have refused to provide any meaningful information, including historical loss runs for any of the properties.

Even if this policy is good, it doesn't solve that the receiver cannot receive the historical loss-runs for 28th street that he needs to place insurance.

More troubling, as indicated in our letter, one thing our conversation with Rampart did reveal is that the unearned portions of the premiums advanced by the receiver or Columbia Pacific were returned to Morris Terzi. Those funds should be returned immediately.

And Al needs to be paid.

Kevin



Kevin M. Capuzzi
Partner
Insolvency & Creditors' Rights, Litigation, and Transportation & Logistics Practice Groups
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Maria Harper <mharper@aystrauss.com>
**Sent:** Friday, September 13, 2024 9:50 AM
**To:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Albert Togut <altogut@teamtogut.com>; Eric Horn <ehorn@aystrauss.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Subject:** RE: Vesey/28th/72nd--Correspondence Dated 9.12.24
**Importance:** High

Hi Kevin – Do you have some time for a call around 1:30 p.m., (EST.)?

**Maria A.G. Harper** Associate



290 West Mount Pleasant Avenue, Suite 3260, Livingston, NJ 07039
535 Fifth Avenue, 4th Floor, New York, NY 10017
NJ 973-963-3140 | FAX 973-533-0127

www.aystrauss.com
**\*\*Please note our new NJ address\*\***

---

**From:** Maria Harper
**Sent:** Thursday, September 12, 2024 6:02 PM
**To:** 'Capuzzi, Kevin M.' <KCapuzzi@beneschlaw.com>
**Cc:** 'Barrie, Michael' <mbarrie@Beneschlaw.com>; 'Albert Togut' <altogut@teamtogut.com>; Eric Horn <ehorn@aystrauss.com>; 'Brogan, Daniel' <DBrogan@beneschlaw.com>
**Subject:** RE: Vesey/28th/72nd--Correspondence Dated 9.12.24

Kevin – With respect to 14 Vesey, the best avenue is to have the insurance broker's communicate directly with one another. Please see below contact information for Eli Cohen the broker handling the 14 Vesey policy. Thank you.

Eli Cohen
(718) 336-1700
eli@elicohenagency.com

**Maria A.G. Harper** Associate



290 West Mount Pleasant Avenue, Suite 3260, Livingston, NJ 07039
535 Fifth Avenue, 4th Floor, New York, NY 10017
NJ 973-963-3140 | FAX 973-533-0127

www.aystrauss.com
**\*\*Please note our new NJ address\*\***

---

**From:** Maria Harper
**Sent:** Thursday, September 12, 2024 5:48 PM
**To:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Albert Togut <altogut@teamtogut.com>; Eric Horn <ehorn@aystrauss.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Subject:** RE: Vesey/28th/72nd--Correspondence Dated 9.12.24

Kevin,

14 Vesey Street is fully insured, see attached invoice and COI from May.

As for 31 E 28th Street, it has been with a receiver since April, and it is our understanding that they have been in direct contact with the insurance company.

Regarding 27 W. 72nd Street, we provided loss runs to you on 8/23 – see attached email.

So, it appears that with respect to the insurance issue, the only property in question is W. 72nd Street.

Regards,
Maria

**Maria A.G. Harper** Associate



290 West Mount Pleasant Avenue, Suite 3260, Livingston, NJ 07039
535 Fifth Avenue, 4th Floor, New York, NY 10017
NJ 973-963-3140 | FAX 973-533-0127

www.aystrauss.com
**\*\*Please note our new NJ address\*\***

---

**From:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Sent:** Thursday, September 12, 2024 5:16 PM
**To:** Eric Horn <ehorn@aystrauss.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Albert Togut <altogut@teamtogut.com>; Maria Harper <mharper@aystrauss.com>
**Subject:** [EXT] RE: Vesey/28th/72nd--Correspondence Dated 9.12.24

6

Yes. Same thing we've been emailing about for over a week. There is no insurance on any of the properties, Jack apparently took the refund check despite my client or the receiver paying for extensions, we cannot get information from anyone to put force-place insurance on the properties, and Al still hasn't been paid.

All rights are reserved.



Kevin M. Capuzzi
Partner
Insolvency & Creditors' Rights, Litigation, and Transportation & Logistics Practice Groups
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Eric Horn <ehorn@aystrauss.com>
**Sent:** Thursday, September 12, 2024 5:00 PM
**To:** Brogan, Daniel <DBrogan@beneschlaw.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>; Albert Togut <altogut@teamtogut.com>; Maria Harper <mharper@aystrauss.com>
**Subject:** Re: Vesey/28th/72nd--Correspondence Dated 9.12.24
**Importance:** High

Could we pls jump on a call in the am so I understand what this is all about?

**Eric H. Horn** | Partner
A.Y. Strauss

290 W. Mount Pleasant Ave., Suite 3260, Livingston, NJ 07039
535 Fifth Avenue, 4th Floor, New York, NY 10017
NJ 973-287-5006 | M 201-562-2095

**For CRE stories, follow *The Dealmakers' Edge with A.Y. Strauss* podcast**

***Please note our new NJ address***

**From:** Brogan, Daniel <DBrogan@beneschlaw.com>
**Sent:** Thursday, September 12, 2024 4:56:13 PM
**To:** Eric Horn <ehorn@aystrauss.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>; Albert Togut <altogut@teamtogut.com>
**Subject:** [EXT] Vesey/28th/72nd--Correspondence Dated 9.12.24

This email has been deemed safe, but always exercise caution when opening any attachments.

Eric,

7

Please see the attached correspondence.

Thank You,



vCard Bio

Daniel N. Brogan
(he/him/his)
Partner, Restructuring & Insolvency | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 302.299.1571 | m: 484.343.1338
DBrogan@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

# Exhibit C

## Brogan, Daniel

| | |
|---|---|
| **From:** | Erin Levy <elevy@rampartinsurance.com> |
| **Sent:** | Tuesday, September 10, 2024 3:42 PM |
| **To:** | Cybele Thompson |
| **Cc:** | Gregg Williams (gw@tridentpacificreg.com); sstoehrer@svn.com |
| **Subject:** | RE: Terzi - 31 E. 28th Street |

Hi confirming you would need to contact Morris for this information.

 

**Erin Levy | Commercial Lines Team Lead**
1055 RXR Plaza | Uniondale, NY 11556
Direct:  516 390-3884 |
ehiggins@rampartinsurance.com | website



## Payments against specific invoices or down payments can be made at:
https://hilbgrouptristate.epaypolicy.com

**From:** Cybele Thompson <CThompson@svnelevate.com>
**Sent:** Tuesday, September 10, 2024 3:37 PM
**To:** Erin Levy <elevy@rampartinsurance.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** RE: Terzi - 31 E. 28th Street

This message originated from outside your organization

Hi, Erin –

Per your email below, confirming our premium was then returned to Morris Terzi?



**Cybele L. Thompson, RPA, FMA, CCIM, LEED AP – Lic #01176298**
*Portfolio Manager-National Accounts*
*San Diego, CA*

*Corporate office:*
6105 S. Main Street
Suite 200
Aurora, CO 80016

Mobile:      (858) 775-9662
Email:       cthompson@svnelevate.com

---

**From:** Erin Levy <elevy@rampartinsurance.com>
**Sent:** Tuesday, September 10, 2024 12:26 PM
**To:** Cybele Thompson <CThompson@svnelevate.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** RE: Terzi - 31 E. 28th Street

HI Cybele, we can only provide the information to our client which at the time was Morris Terzi.  You will need to request this information directly from him.

In addition, as per the policy language, all premiums are returned to the first named insured.  Again, you will need to reach out to Morris for this information.

 

**Erin Levy** | Commercial Lines Team Lead
1055 RXR Plaza | Uniondale, NY 11556
Direct:  516 390-3884 |
ehiggins@rampartinsurance.com | website



**Payments against specific invoices or down payments can be made at:**
https://hilbgrouptristate.epaypolicy.com

---

**From:** Cybele Thompson <CThompson@svnelevate.com>
**Sent:** Tuesday, September 10, 2024 2:09 PM
**To:** Erin Levy <elevy@rampartinsurance.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** Terzi - 31 E. 28th Street

This message originated from outside your organization

---

Hi, Erin –

In discussing with the receiver and lender on 31 E 28th Street, we need to request the loss history from Rampart so that we can place alternate property insurance.  Since we were the entity to pay the insurance premium, that loss history is due to us directly from Rampart, not through a third party.

Additionally, we should get the funds we paid for the coverage that was cancelled reimbursed to us for 31 E 28th Street as we paid for a full year through 4/1/25.  We are prepared to pursue legal action against Rampart if the funds are not reimbursed to us immediately.

Please advise.

Sincerely,



**Cybele L. Thompson, RPA, FMA, CCIM, LEED AP – Lic #01176298**
*Portfolio Manager-National Accounts*
*San Diego, CA*

*Corporate office:*
**6105 S. Main Street
Suite 200
Aurora, CO 80016**

Mobile:      **(858) 775-9662**
Email:       cthompson@svnelevate.com

---

**From:** Erin Levy <elevy@rampartinsurance.com>
**Sent:** Tuesday, September 10, 2024 10:43 AM
**To:** Cybele Thompson <CThompson@svnelevate.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** RE: Terzi - 31 E. 28th Street

HI Cybele, I spoke with management today and as we no longer represent this client, the most expeditious course of action would be to reach out to him directly. He will be able to provide you with the information you need including the loss runs.

       **Erin Levy** | Commercial Lines Team Lead
1055 RXR Plaza | Uniondale, NY 11556
Direct:  516 390-3884 |
ehiggins@rampartinsurance.com | website



**Payments against specific invoices or down payments can be made at:**
https://hilbgrouptristate.epaypolicy.com

---

**From:** Cybele Thompson <CThompson@svnelevate.com>
**Sent:** Tuesday, September 10, 2024 12:42 PM
**To:** Erin Levy <elevy@rampartinsurance.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** RE: Terzi - 31 E. 28th Street

3

This message originated from outside your organization

Hi, Erin –

Just wanted to check in with you about our conversation yesterday to ask if Rampart is able to provide a quote for new insurance on 31 E 28th St?

Thanks!



**Cybele L. Thompson, RPA, FMA, CCIM, LEED AP – Lic #01176298**
*Portfolio Manager-National Accounts*
*San Diego, CA*

*Corporate office:*
6105 S. Main Street
Suite 200
Aurora, CO 80016

Mobile:     (858) 775-9662
Email:      cthompson@svnelevate.com

**From:** Erin Levy <elevy@rampartinsurance.com>
**Sent:** Wednesday, September 4, 2024 11:58 AM
**To:** Cybele Thompson <CThompson@svnelevate.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** RE: Terzi - 31 E. 28th Street

HI Cybele, the certificates you attached were issued prior to the cancellation notice being issued.

**From:** Cybele Thompson <CThompson@svnelevate.com>
**Sent:** Tuesday, September 3, 2024 12:35 PM
**To:** Erin Levy <elevy@rampartinsurance.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** RE: Terzi - 31 E. 28th Street

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

This message originated from outside your organization

Hi, Erin –

Per the attached email from Sam Cestaro on 5/10/24, we received confirmation that insurance was in effect at 31 E 28th St through 4/1/25 so it should not have been cancelled.  Please clarify what you mean below as we are concerned that no insurance is in place at this property and we did not receive notification of such from Rampart?

Thanks!



**Cybele L. Thompson, RPA, FMA, CCIM, LEED AP – Lic #01176298**
*Portfolio Manager-National Accounts*
*San Diego, CA*

*Corporate office:*
6105 S. Main Street
Suite 200
Aurora, CO 80016

Mobile:      (858) 775-9662
Email:       cthompson@svnelevate.com


**From:** Erin Levy <elevy@rampartinsurance.com>
**Sent:** Tuesday, September 3, 2024 8:42 AM
**To:** Cybele Thompson <CThompson@svnelevate.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** RE: Terzi - 31 E. 28th Street

HI Cybele, as stated below, the policies referenced on the certificate you provided cancelled effective 7/3/24, 12:01am.  We do not have insurance in place for this location through our office.



**From:** Cybele Thompson <CThompson@svnelevate.com>
**Sent:** Tuesday, September 3, 2024 11:22 AM
**To:** Erin Levy <elevy@rampartinsurance.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
**Subject:** Re: Terzi - 31 E. 28th Street

This message originated from outside your organization

Hi, Erin -

31 28th St is a property in receivership and I represent the receiver.  We renewed this policy earlier this year through Sam Cestaro

Cybele L. Thompson, RPA, FMA, CCIM, LEED AP - Lic #01176298
Portfolio Manager-National Accounts
San Diego, CA

Corporate Office:
6105 S. Main Street
Suite 200
Aurora, CO 80016

Mobile:  (858) 775-9662
Email:  cthompson@svnelevate.com

**From:** Erin Levy <elevy@rampartinsurance.com>
**Sent:** Tuesday, September 3, 2024 6:46:00 AM
**To:** Cybele Thompson <CThompson@svnelevate.com>

5

**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; sstoehrer@svn.com
<sstoehrer@svn.com>
**Subject:** RE: Terzi - 31 E. 28th Street

Hi Cybele,

Please be advised, we no longer handle the insurance for this account.  Coverage expired 7/3/24, 12:01am through our office.

Please also note, Sam is no longer with the agency.  If anything further is needed, please feel free to contact me.

Thank you

 

**Erin Levy | Commercial Lines Team Lead**

1055 RXR Plaza | Uniondale, NY 11556

Direct:  516 390-3884 |

ehiggins@rampartinsurance.com | website

Effective February 27, 2023, our headquarters have moved to 1055 RXR Plaza, Uniondale, NY 11556

---

**From:** Cybele Thompson <CThompson@svnelevate.com>
**Sent:** Monday, September 2, 2024 10:07:50 PM
**To:** Sam Cestaro <scestaro@rampartinsurance.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; Steve Stoehrer (sstoehrer@svn.com) <sstoehrer@svn.com>
**Subject:** Terzi - 31 E. 28th Street

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

---

This message originated from outside your organization

---

Hi, Sam –

Just wanted to follow up on the below request?

Thank you!



**Cybele L. Thompson, RPA, FMA, CCIM, LEED AP – Lic #01176298**

*Portfolio Manager-National Accounts*

*San Diego, CA*

*Corporate office:*
6105 S. Main Street

Suite 200

Aurora, CO 80016

Mobile:    (858) 775-9662

Email:    cthompson@svnelevate.com

---

**From:** Cybele Thompson
**Sent:** Friday, August 23, 2024 4:25 PM
**To:** Sam Cestaro (scestaro@rampartinsurance.com) <scestaro@rampartinsurance.com>
**Cc:** Gregg Williams (gw@tridentpacificreg.com) <gw@tridentpacificreg.com>; Steve Stoehrer (sstoehrer@svn.com) <sstoehrer@svn.com>
**Subject:** Terzi - 31 E. 28th Street

Hi, Sam –

You issued us the attached COI several months ago for 31 E 28th St in NY, NY and we were wondering if we can please add the below listed additional insured and additional notice party and reissue the attached COI?

Thanks!



**Cybele L. Thompson, RPA, FMA, CCIM, LEED AP – Lic #01176298**

*Portfolio Manager-National Accounts*

*San Diego, CA*

*Corporate office:*
**6105 S. Main Street**

**Suite 200**

**Aurora, CO 80016**

**Mobile:**    (858) 775-9662

**Email:**    cthompson@svnelevate.com

**From:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Sent:** Friday, August 23, 2024 2:56 PM
**To:** gw tridentpacificreg.com <gw@tridentpacificreg.com>; Jeffrey A. Wurst <JWurst@atllp.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Subject:** RE: Terzi - 31 E. 28th Street

Gregg:  Thanks for sending the insurance information.  Can you help with two things?

8

First, the Borrower changed its name just before filing BK.  Can you please add the Debtor entity as an additional insured:  **Park 28 Partners LLC**

Second, can you please add the U.S. Trustee as an additional notice party?

**United States Department of Justice**

**Office of the United States Trustee**

**One Newark Center, Suite 2100**

**Newark, NJ 07102**

Thanks for your help.  Have a great weekend.

Kevin



Kevin M. Capuzzi
Partner
Insolvency & Creditors' Rights, Litigation, and Transportation & Logistics Practice Groups
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: ////////////////www.beneschlaw.com/confidentialityno

**From:** gw tridentpacificreg.com <gw@tridentpacificreg.com>
**Sent:** Wednesday, August 21, 2024 11:19 AM
**To:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>; Jeffrey A. Wurst <JWurst@atllp.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Subject:** RE: Terzi - 31 E. 28th Street

Hi Kevin,

Does the attached provide what you need?

Gregg Williams

Principal Receiver

Trident Pacific

3730 Kirby Drive Ste. 1200

Houston, TX 77098 - Tel. 949-244-1918

---

**From:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Sent:** Wednesday, August 21, 2024 8:20 AM
**To:** gw tridentpacificreg.com <gw@tridentpacificreg.com>; Jeffrey A. Wurst <JWurst@atllp.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>; Brogan, Daniel <DBrogan@beneschlaw.com>
**Subject:** RE: Terzi - 31 E. 28th Street

Hi Gregg:  Do you have a current certificate of insurance for this property that you can me?

Also, we are working with the Debtors on a budget going forward pending the sale process.  Can you send me the recurring monthly expenses?



Kevin M. Capuzzi
Partner
Insolvency & Creditors' Rights, Litigation, and Transportation & Logistics Practice Groups
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: ////////////////www.beneschlaw.com/confidentialityno

10

**From:** gw tridentpacificreg.com <gw@tridentpacificreg.com>
**Sent:** Friday, February 16, 2024 11:11 AM
**To:** Jeffrey A. Wurst <JWurst@atllp.com>; Walsh, Steven <SWalsh@beneschlaw.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>
**Subject:** RE: Terzi - 31 E. 28th Street

Thanks Jeff.

Gregg Williams

Principal Receiver

Trident Pacific

3730 Kirby Drive Ste. 1200

Houston, TX 77098 - Tel. 949-244-1918

**From:** Jeffrey A. Wurst <JWurst@atllp.com>
**Sent:** Friday, February 16, 2024 9:06 AM
**To:** Walsh, Steven <SWalsh@beneschlaw.com>; gw tridentpacificreg.com <gw@tridentpacificreg.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>
**Subject:** Re: Terzi - 31 E. 28th Street

We should see the draft bond by early afternoon.  Hopefully it will be issued today and I can then file it.

It probably won't be a problem if filed late but hopefully no issue.

Jeffrey A. Wurst
Armstrong Teasdale LLP
Jeffrey A. Wurst | Partner
7 Times Square, 44th Floor, New York, NY 10036
MAIN PHONE: 212.209.4400 | MAIN FAX:
DIRECT: 212.209.4443 | Extension: 6143 | CELL: 516.996.5647

11

jwurst@atllp.com
www.armstrongteasdale.com
See my Blog at www.WurstCaseScenario.com

---

**From:** Walsh, Steven <SWalsh@beneschlaw.com>
**Sent:** Friday, February 16, 2024 11:58:44 AM
**To:** gw tridentpacificreg.com <gw@tridentpacificreg.com>; Jeffrey A. Wurst <JWurst@atllp.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>
**Subject:** RE: Terzi - 31 E. 28th Street

**CAUTION:    EXTERNAL EMAIL**

Great.  Thanks, Gregg.



vCard Bio

Steven L. Walsh
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7059 | SWalsh@beneschlaw.com
www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: //////////////www.beneschlaw.com/confidentialityno

---

**From:** gw tridentpacificreg.com <gw@tridentpacificreg.com>
**Sent:** Friday, February 16, 2024 10:40 AM
**To:** Walsh, Steven <SWalsh@beneschlaw.com>; Jeffrey A. Wurst <JWurst@atllp.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Marshall, Jacob <JMarshall@beneschlaw.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>; Denisse Guevara <dguevara@atllp.com>
**Subject:** RE: Terzi - 31 E. 28th Street

My Counsel is processing Steve but thanks for the reminder.

Gregg Williams

Principal Receiver

Trident Pacific

12

# Exhibit D

Case 24-12087-MBK    Doc 302-7    Filed 04/30/26    Entered 04/30/26 19:48:56    Desc
Exhibit D - Declaration of R. Shenkman CPI MRA Page C of 14    Page 42 of 62

![Benesch logo]

1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Direct Dial:  302.442.7068
Fax:  302.442.7012
mbarrie@beneschlaw.com

September 12, 2024

**VIA E-MAIL**

A.Y. STRAUSS LLC
Eric H. Horn, Esq.
290 West Mount Pleasant Avenue, Suite 3260
Livingston, New Jersey 07039
ehorn@aystrauss.com

Re:   **NOTICE OF OCCURANCE OF TERM SHEET FAILURE AND
WITHDRAWAL OF CONSENT TO USE OF CASH COLLATERAL**

Dear Eric:

As you know, we represent CPIF MRA, LLC (the "Lender") in connection with the following bankruptcy cases: *In re JTRE 14 Vesey LLC et al.*, Case No. 24-12087 (MBK) (the "Vesey Cases"), *In re Park 28 Partners LLC*, Case No. 24-17234 (MBK), and *In re W72 Street Partners LLC*, Case No. 24-17236 (MBK) (together, the "Affiliate Cases"[1] and, collectively with the Vesey Cases, the "Bankruptcy Cases").[2]

Following a mediation among the Lender, the Vesey Debtors, Mr. Terzi, and various entities controlled by Mr. Jack Terzi the parties reached a global settlement of their disputes (the "Settlement"), the terms of which were memorialized in the Term Sheet annexed hereto as Exhibit A (the "Term Sheet").[3]  By Order entered July 1, 2024 [D.I. 87] (the "Settlement Order"), the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") approved the Settlement and, for avoidance of any doubt as to the terms of the Settlement, the Settlement Order expressly incorporates the Term Sheet.

Among other things, the Term Sheet requires that "[a]t all times, the Debtors and debtors in the Affiliate Cases will maintain their real property assets such that Lender's interest therein in adequately protected, including by **ensuring that such property is properly insured**, weatherized, and secured."  Term Sheet, at p. 2 (emphasis added).  It also provides that: "(i) if the

---

[1]   Unbeknownst to Lender, prior to commencing these cases, JTRE Park 28 LLC changed its name to Park 28 Partners LLC and JTRE W72nd Street LLC changed its name to W72 Street Partners LLC. Lender reserves all rights with respect to same.

[2]   As context requires, the debtors in the Vesey Cases are referred to as the "**Vesey Debtors**," the debtors in the Affiliate Cases are referred to as the "**Affiliate Debtors**" and all four debtors are referred to collectively as the "**Debtors**."

[3]   Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Term Sheet or the Cash Collateral Motion, as applicable.

24915111 v2                             www.beneschlaw.com

R. Hoff, Esq.
September 12, 2024
Page 2

Sale process fails for any reason or (ii) the Debtors or Terzi interfere with the Sale, challenge Lender's Claims, or (iii) **the Debtors or Terzi otherwise breach the terms of this Term Sheet** ((ii) and (iii) are collectively, a "Term Sheet Failure"), the Lender's Claims shall revert to the full amount the filed proofs of claim (plus any allowable postpetition fees, charges, and interest) (collectively, the "Filed Claim Amount"). Term Sheet, at pp. 6 – 7 (emphasis added).

Subsequently, and as required by the Term Sheet, the Affiliate Debtors commenced their own Bankruptcy Cases.  Under the terms of the Term Sheet, the Lender consented, subject to certain conditions, to the use of its Cash Collateral to administer the Affiliate Cases.  To that end, on August 20, 2024, the Affiliate Debtors filed the *Debtors' Motion for Entry of an Order (I) Pursuant to 11 U.S.C §§ 105, 361, 362, 363, 503, and 507 and Fed. R. Bankr. P. 2002, 4001, and 9014 (A) Authorizing Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Lender; and (II) Pursuant to 11 U.S.C. § 105 And Fed. R. Bankr. P. 9019 Joining the Affiliate Debtors to the Settlement by and Among the Vesey Debtors, the Lender and Jack Terzi and (III) Granting Related Relief* [D.I. 28] (the "Cash Collateral Motion").  In the Cash Collateral Motion, the Debtors sought to join both Affiliate Debtors to the Term Sheet and to memorialize the terms of Lender's consent to the use of its Cash Collateral in the proposed order (the "Proposed Cash Collateral Order").  The Cash Collateral Motion has not yet been heard by the Bankruptcy Court and remains pending.  However, the Lender's consent was premised on the Debtors' adherence to the Term Sheet and the breach of those obligations, as described below, necessarily warrants that the Lender withdraw its consent to the use of its Cash Collateral.

**NOTICE OF TERM SHEET FAILURE AND TERMINATION EVENTS THAT HAVE OCCURRED AND ARE CONTINUING IS HEREBY GIVEN**, including, but not limited to, the failure of the Vesey Debtors and Affiliate Debtors to properly maintain and pay for insurance on the Mortgaged Properties.  Specifically, Lender recently learned that *since as early as July 3, 2024*, insurance coverage on **all** the Debtors' real properties was cancelled and, as a consequence, none of the Mortgaged Properties are presently insured.  This undeniably constitutes a Term Sheet Failure under the Term Sheet.  And, it constitutes a failure of each Debtor's obligations as a debtor in possession.  In any event, based upon these breaches, and the Debtors' conduct this far in the Bankruptcy cases and whether or not the Cash Collateral Motion is ultimately heard, the Lender hereby withdraws its consent for the Debtors to use Lender's Cash Collateral.

What is more egregious, however, is the Debtors' continued stonewalling Lender's efforts to force place insurance coverage.  Notwithstanding Lender's numerous requests for information to force place insurance, such as loss runs, the Debtors have refused to comply.  This is an untenable situation; the properties must be insured. Moreover, the Lender also has learned that the unearned premiums with respect to the canceled policies were "returned" to the named insured (i.e. the Debtors) through their representative Morris Terzi.  Those funds were never returned to the Lender or the receiver.  Nor was the Lender informed of the cancellation of the policies or the "return" of the funds advanced.  It appears that the Debtors or the Terzis have absconded with those funds.

Thus, Lender hereby demands that before close of business tomorrow September 13, 2024 the Debtors provide Lender with: (i) the status of insurance on each of the properties; (ii) if the Debtors contend that insurance is presently in place, face sheets dated as of today or other

Eric D. Horn, Esq.
September 12, 2024
Page 3

information sufficient to show the policies are in effect as of today; (iii) if insurance is not in place on any of the properties, historical loss runs for each property; (iv) an accounting of funds received by any of the Debtors or the Terzis as a result of the cancellation of the policies and the "return" of premiums advanced by the Lender or the receiver. Copies of the foregoing information may be sent to me via email at mbarrie@beneschlaw.com, with a copy to kcapuzzi@beneschlaw.com and dbrogan@beneschlaw.com. Lender also demands the immediate return of the misappropriated funds.

Finally, the Lender understands that the Debtors and Jack Terzi still have not paid their share of the outstanding fees owed to the Mediator appointed by the Court. The order appointing the Mediator and directing the parties to mediation expressly requires that "[t]he costs of the Mediator and his professionals will be paid by equally by the Mediation Parties on a current basis." D.I. 41, at ¶ 5. The Lender has paid its share, but—despite repeated inquiries from the Mediator about non-payment of his fees—the Debtors and Jack Terzi have not.

We remind you that Lender expects and demands that each of the Debtors comply with, and strictly adhere to, the terms and conditions of the Term Sheet, their obligations under the Bankruptcy Code and any other agreements between the Parties at all times, and Lender hereby reserves all rights thereunder. No forbearance, delay, or inaction by Lender in the exercise of its rights and remedies, and no continuing performance by Lender or Debtors under the Term Sheet: (a) shall constitute: (i) a modification or an alteration of the terms, conditions, or covenants of the Term Sheet, any other agreements between the Parties or any related documents, instruments and agreements, all of which remain in full force and effect or (ii) a waiver, release, course of dealing, or limitation upon Lender's exercise of any of its rights and remedies thereunder, all of which are hereby expressly reserved, or (b) release you in any way from any of your respective duties, obligations, covenants, or agreements under the Term Sheet or from any consequences of any Term Sheet Failure.

This letter does not assert all (i) existing misrepresentations, breaches, defaults and (ii) rights and remedies of the Lender under the Term Sheet or otherwise. Accordingly, this letter is not, and shall not be deemed to be, a waiver of, or consent to, any misrepresentation, breach, default, or Term Sheet Failure, now existing or hereafter arising under the Term Sheet or otherwise. All rights are reserved.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP

Michael J. Barrie

Cc: Albert Togut, Mediator (via E-Mail)

# EXHIBIT A

## Binding Term Sheet

This Binding Term Sheet (the "**Term Sheet**") is entered into as of June 18, 2024 (the "**Effective Date**"[1]), by and between (a) 14 Vesey Partners (DEL) LLC ("**Vesey Partners**"), (b) JTRE 14 Vesey LLC ("**JTRE 14 Vesey**" and together with Vesey Partners, the "**Debtors**"), (c) Jack Terzi ("**Terzi**"), on the one hand, and (d) CPIF MRA, LLC ("**Lender**") on the other hand. These individuals and entities shall be referred to collectively as the "**Parties**," and individually as a "**Party**." This Term Sheet and any definitive documentation executed pursuant hereto is and will remain subject to the approval of the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**"), which is presiding over the Debtors' jointly-administered Chapter 11 cases captioned as *In re JTRE 14 Vesey, LLC, et al.*, Case No. 24-12087 (MBK) (the "**Bankruptcy Cases**"). This Term Sheet memorializes the agreements reached by the Parties following good faith mediation of their disputes before Albert Togut (the "**Mediator**") who was appointed by the Bankruptcy Court.

| | |
|---|---|
| **Bankruptcy Court Approval** | Within 3 days of the Effective Date of this Term Sheet, Debtors shall (i) file an appropriate motion in the Bankruptcy Cases seeking the Bankruptcy Court's approval of this Term Sheet as a settlement under Federal Rule of Bankr. Procedure 9019 (the "**9019 Motion**" and the order approving such motion, the "**Settlement Order**") and (ii) seek a hearing on its pending motion to approve bidding procedures (D.I. 32), which will be modified as set forth in this Term Sheet. |
| **Administrative Costs of the Bankruptcy Cases** | The Debtors and Terzi shall fund all costs of administration of the Bankruptcy Cases (other than the costs of the Mediator whose costs are equally shared by the Lender and Debtors) from a source other than the proceeds of Lender's collateral, *provided, however*, in no event may such funding come in the form of debtor-in-possession financing absent the prior written consent of Lender (to be given or withheld in its sole and absolute discretion) and in no event shall the Debtors seek to surcharge the Lender's collateral pursuant to section 506(c) of the Bankruptcy Code or any other applicable law (it being agreed that the Settlement Order will waive the estates' surcharge rights). |
| **Broker** | Cushman & Wakefield (the "**Broker**") will be the broker for the marketing and sale process (the "**Sale Process**") culminating in the sale (the "**Sale**") of the Debtors' real property assets (the |

---

[1] For the avoidance of doubt, this Term Sheet will be binding upon the Parties upon delivery of a fully executed copy of the Term Sheet to all Parties; *provided that* the Debtors will not be bound by such Term Sheet until approved by the Bankruptcy Court and the Lender will be released from the Term Sheet if the Bankruptcy Court denies approval of the Term Sheet or if the Debtors do not timely file a motion seeking approval of the Term Sheet in form and substance reasonably acceptable to Lender.

| | |
|---|---|
| | "Vesey Property") and for the Affiliated Sales (as defined below). |
| | The Broker will be granted full access to the Vesey Property and the properties of the Affiliated Debtors and the Debtors and Affiliated Debtors will agree that Lender may have direct communications with the Broker, including through periodic updates regarding the marketing process and the delivery of letters of intent, indications of interest, term sheets, and other similar sale-related documentation. |
| | Within 3 days of the Effective Date, the Debtors shall (i) file in the Bankruptcy Cases an appropriate application seeking the retention of the Broker (which filing will be acceptable to Lender in its reasonable discretion) and (ii) withdraw the pending retention application filed at D.I. 31. |
| | For the avoidance of any doubt, Debtor shall be entitled to negotiate with the Broker regarding a reasonable and market commission to be paid in connection with the sale of the Vesey Property. |
| **Sale Timing and Milestones** | Timing of a sale to be determined by the Broker, *provided, however*, that, in consultation with the Broker, the Parties shall fix an outside date (the "**Outside Date**") by which the Sale must have been approved by final order of the Bankruptcy Court. |
| **Treatment of Lender's Claims** | The Lender's proofs of claims (assigned Claim No. 2 in Case No. 24-12086 and Claim No. 4 in Case No. 24-12087 and, together, "**Lender's Claims**") shall be deemed allowed in full, *provided, however*, that for the purposes of distribution of proceeds from any Sale in accordance with this Term Sheet, Lender agrees that its recovery on the Lender's Claims shall be capped at $24,100,000.00 and subject to the Waterfall provisions outlined below, *provided further, however*, that (i) if the Sale process fails for any reason or (ii) the Debtors or Terzi interfere with the Sale, challenge Lender's Claims, or (iii) the Debtors or Terzi otherwise breach the terms of this Term Sheet ((ii) and (iii) are collectively, a "**Term Sheet Failure**"), the Lender's Claims shall revert to the full amount the filed proofs of claim (plus any allowable postpetition fees, charges, and interest) (collectively, the "**Filed Claim Amount**"). For the avoidance of any doubt, a finding that Terzi or the Debtors interfered with the sale process or otherwise breached this Term Sheet must be made by the Bankruptcy Court prior to the amount of the Lender's Claims reverting back to the Filed Claim Amount. For the avoidance of |

24468019 v11

| | |
|---|---|
| | doubt, closing with a backup bidder as set forth in the sale procedures shall not be considered a sale process failure.<br><br>For the avoidance of doubt, the Lender may credit bid the Lender's Claims in connection with the Sale of the Vesey Property, *provided, however* that any credit bid of the Lender's Claims on the Vesey Property shall be capped at $24,100,100.00. For the avoidance of any doubt, to the extent that Lender credit bids and Lender is determined to be the best and highest offer for the Vesey Property, such credit bid shall be subject to the Distribution Waterfall (as hereinafter defined).<br><br>The occurrence of a Term Sheet Failure will not affect the allowance of the Lender's Claims set forth herein. |
| **Waterfall of Sale Proceeds** | Net Cash Proceeds of the Sale of the Vesey Property shall be distributed as follows (the "**Distribution Waterfall**"):<br><br>1. The first $21,500,000.00 of Net Cash Proceeds received in any Sale shall be paid to the Lender on account of Lender's Claims.<br>2. Net Cash Proceeds in excess of $21,500,000.00 received in any Sale ("**Excess Sale Proceeds**") shall be divided as follows (the "**Sharing Percentage**"): 55% of such Excess Sale Proceeds shall be paid to Lender and 45% of the Excess Sale Proceeds shall be paid to the Debtors' estates until the Lender has been paid $24,100,000.00 in the aggregate. For the avoidance of any doubt, once Lender receives $21,500,000 in Net Cash Proceeds from the Sale, the $65,000 escrow shall be released to Terzi.<br>3. Once the Lender has received $24,100,000.00 of Net Cash Proceeds, all remaining Net Cash Proceeds will be paid to JTRE 14 Vesey for the benefit of its estate, and, subject to the terms of this Term Sheet, the Lender's Claims against the Debtors will be deemed released and shall be expunged.<br><br>For purposes of this Term Sheet, "Net Cash Proceeds" means with respect to any sale or disposition by any Debtor of assets, the amount of cash proceeds received (directly or indirectly) from time to time (whether as initial consideration or through the payment of deferred consideration, which, for the avoidance of doubt, Lender is not through this Term Sheet consenting to any deferred compensation as part of any Sale or any non-cash consideration) after deducting therefrom only (i) reasonable fees, commissions, and expenses related thereto and required to |

24468019 v11

| | |
|---|---|
| | be paid by such Debtor in connection with such sale or disposition, and (ii) taxes paid or payable to any taxing authorities (including but not limited to real estate taxes) by such Debtor in connection with such sale or disposition, in each case to the extent, but only to the extent, that the amounts so deducted are, promptly after the time of receipt of such cash, actually paid to a person that is not an affiliate of any Debtor and are properly attributable to such transaction. For the avoidance of doubt, any income tax liability created by or attributable to the Sale will not be included in the calculation of Net Cash Proceeds. Lender will retain the ability to object to any amounts deducted from the proceeds of a Sale as not falling into the above definition of Net Cash Proceeds. For the avoidance of doubt, in the event of a successful credit bid of below \$21,500,000 by the Lender for the Vesey Property, there shall be no applicable Excess Sale Proceeds distributable in the waterfall described above. |
| **Affiliate Cases** | Within 3 days of the Effective Date of this Term Sheet, Terzi shall cause each of (i) JTRE Park 28 LLC ("**Park 28**") and (ii) JTRE W72nd Street LLC ("**W72nd Street**" and together with Park 28, the "**Affiliate Debtors**") to file voluntary petitions with the Bankruptcy Court for protection under chapter 11 of the Bankruptcy Code, and the Debtors shall seek to have those cases (the "**Affiliate Cases**") jointly administered with these Bankruptcy Cases.<br><br>As part of filing the Affiliate Cases, each Affiliate Debtor will seek to join this Term Sheet as a settlement under F.R.B.P 9019 and engage Broker to pursue a marketing and sale process as contemplated herein.<br><br>Lender shall agree to a \$50,000 carveout from its collateral in each of the two Affiliate Cases (for an aggregate total of \$100,000 spread evenly across two cases, the "**Carveouts**") solely for the payment of the reasonable fees and expenses incurred by debtor's counsel in such Affiliate Case, subject to a budget mutually agreed upon by the Parties (the "**Budget**"). Subject to court approval and documentation acceptable to Lender (including replacement liens and other typical protections, including the right to interact directly with the Broker and potential bidders and buyers and comment on marketing materials and sale documents), Lender will advance funds to each Affiliate Debtor to pay for insurance, property taxes, and condo fees (but, for the avoidance of doubt, Lender will not be obligated to fund any amounts in excess of the agreed amounts for such expenses as set forth in the Budget in any given month). In addition, Lender will consider, in its sole and absolute |

discretion, requests to fund emergency maintenance and other critical expenses to maintain the property of the applicable Affiliate Debtors. Lender will not be responsible for any legal expenses or non-operational expenses other than its agreement to the Carveout and payment of the Broker fees out of proceeds of the Affiliate Sales (as defined below) and Lender will not be responsible or otherwise pay for (directly or indirectly, including out of its collateral) any expenses outside of the Budget. The occurrence of a Term Sheet Failure will be a default under any and all financing agreements such that Lender's obligation to fund the Budget will immediately cease. For the avoidance of any doubt, Terzi shall have no obligation to fund the Affiliate Cases and the real properties related thereto; and such failure to fund the Affiliate Cases shall not be deemed a Term Sheet Failure.

In exchange for the Carveout and the funding of critical operational expenses by Lender, the Affiliate Debtors will agree that it will be a Term Sheet Failure to seek or propose any debtor-in-possession financing absent the prior written consent of Lender (to be provided or withheld in its sole and absolute discretion) and the order approving the Carveout will include a waiver of the ability to surcharge the Lender's collateral pursuant to section 506(c) of the Bankruptcy Code (or any other applicable law).

Promptly after filing the Affiliate Cases, each Affiliate Debtor shall each commence a parallel marketing and sale process for its principal real estate asset (the "**Affiliate Sales**"), with the Broker serving as the broker for the Affiliate Sales.

The receiver appointed in the state court litigation between Lender and Park 28 shall be appointed as a "bankruptcy custodian" in connection with that Affiliate Case.

To the extent there is a bid in connection with an Affiliate Sale that is recommended by the Broker and that Lender wishes to accept, it will be Term Sheet Failure if Terzi objects to or otherwise attempts to prevent the court approval of such sale.

As a required "first day" motion, each Affiliate Debtors will seek an order approving the Carveout that will include provisions where each Affiliate Debtor (i) stipulates to Lender's prepetition claim amount and the validity, priority, and enforceability of Lender's security interest and (ii) obtains court confirmation that

24468019 v11

| | |
|---|---|
| | Lender may credit bid its secured claim in connection with the applicable Affiliate Sales. |
| **Real Estate Taxes** | No later than June 21, 2024, Terzi will cause to be escrowed or otherwise deposited (in a manner acceptable to Lender) fifty percent (50%) of the aggregate amount of real estate taxes (*i.e.*, $65,000) coming due on or about July 31, 2024 on the Vesey Property. Such funds will be deposited in such a way that the funds will be available to pay such real estate taxes on the date such taxes are due and payable. |
| **Release of Terzi Guaranties** | In exchange for his full cooperation with the Sale Process and each Affiliate Sales process, including an agreement not to participate (directly or indirectly, whether through or on behalf of any other group or entity in any capacity, whether as a partner, manager, investor, contractor, consultant, or otherwise) in the Sale Process or any Affiliate Sale as a bidder, prospective bidder, or buyer (the "**Buyer Prohibition**"), and subject to the approval of the Sale and each Affiliate Sale by final order of the Bankruptcy Court (whether as a confirmation order or a sale order under section 363 of the Bankruptcy Coe) in accordance with this Term Sheet, upon the consummate of the Sale and each Affiliate Sale as contemplated herein, Lender shall grant Terzi a full release of his personal guaranties in connection with the loans held by Lender in connection with Debtors and each Debtor Affiliate; *provided, however*, in the event that the Bankruptcy Court finds that Terzi has interfered with, tampered with, or otherwise hindered the Sale Process or any Affiliate Sale process (including by breaching the Buyer Prohibition) or challenged (directly or indirectly) Lender's Claims or any claim of Lender in any Affiliate Case or otherwise causes a Term Sheet Failure, then he shall not be entitled to any release and the claims of Lender against Terzi will continue to be valid against Terzi as guarantor notwithstanding any release of any Debtors or Affiliate Debtor by Lender or any release provided to Terzi prior to such finding by the Bankruptcy Court. |
| **Use of Chapter 11 Plan** | The Parties agree that the Sale and the Affiliate Sales may be consummated through liquidating chapter 11 plans so long as such plans do not deviate from the terms and conditions of this Term Sheet and that the Lender will allow its claims to be impaired and will vote in favor of such plan. |
| **Maintenance of Properties** | At all times, the Debtors and debtors in the Affiliate Cases will maintain their real property assets such that Lender's interest therein in adequately protected, including by ensuring that such property is properly insured, weatherized, and secured; *provided* |

| | |
|---|---|
| | *however*, that Terzi shall have no personal obligation to provide funds for the Affiliate Cases and the real property assets associated therewith and such failure to fund shall not be deemed a Term Sheet Failure (but the Debtors and Affiliate Debtors will have an obligation to request funds from Lender to the extent necessary to satisfy this requirement). |
| **Release of Lender** | As a condition precedent for the closing of each sale contemplated by this Term Sheet, the loan parties associated with such sale will provide a full release of all claims against Lender to the extent arising out of or related to the loan documents associated with such property, any litigation related to such property, the bankruptcy case related to such property, and this Term Sheet. |
| **Mediator to Maintain Oversight** | The Parties agree that any dispute regarding the terms of this Term Sheet will be mediated in front of the Mediator. |

*[signatures appear on following page]*

24468019 v11

**AGREED AND ACCEPTED:**

**JTRE 14 Vesey LLC**                          **14 Vesey Partners (DEL) LLC**

By:_____                   By:_____
Name:                                         Name:
Title:                                        Title:

**CPIF MRA, LLC**

By:_____
Name:
Title:

24468019 v11

**AGREED AND ACCEPTED:**

**JTRE 14 Vesey LLC**                              **14 Vesey Partners (DEL) LLC**

By:_____              By:_____
Name:                                                    Name:
Title:                                                     Title:

**CPIF MRA, LLC**

By:_____
Name:
Title:

24468019 v11

# Exhibit E

| | |
|---|---|
| **From:** | Bobby Carrozzo/USA |
| **To:** | Jack Terzi; Raphael Bildirici |
| **Cc:** | Barrie, Michael; Marshall, Jacob; Brogan, Daniel; Eric Horn; Albert Togut; David Goldwasser; Karen Menendez; Andrew Berry/USA; Craig Waggner/USA; Capuzzi, Kevin M.; Rob Shields; Ari Klein/USA; Ian Lerner/USA |
| **Subject:** | 14 Vesey, 28th Street, 72nd Street |
| **Date:** | Tuesday, October 1, 2024 6:09:01 PM |
| **Attachments:** | image001.png |

Jack,

We know Rosh Hashanah is starting tomorrow so we wanted to send a quick update email before the holiday starts.

Many of the buyers that we're speaking with on these properties are actively looking to us for pricing guidance and, although we're getting strong touring activity, we believe many buyers are either withholding bids until there's clear pricing direction from us, or they're throwing in low ball offers hoping that something sticks. Accordingly, we feel now is the right time to put an asking price on these assets to encourage buyers to get off the sidelines and start submitting offers so we can maximize bidding activity – and therefore pricing – as much as possible.

For Vesey Street specifically, we feel an asking price in the mid-20s makes the most sense which gives buyers clear price expectations without deterring activity. We would also suggest that we set a bid deadline at some point in the next several weeks (after all the holidays coming up) so that buyers focus on this asset and submit offers in a timely manner.

Please let us know if that works and we can update the material ASAP.

Many thanks and wishing a happy New Year to those that are celebrating,

**Bobby Carrozzo**
Director
New York Investment Sales
NY License 10401289548

Direct:  +1 212 589 5118
Mobile:   +1 516 532 9811
bobby.carrozzo@cushwake.com



1290 Avenue of the Americas
New York, NY 10104 | USA

The information contained in this email (including any attachments) is confidential, may be subject to legal or other professional privilege and contain copyright material,
and is intended for use by the named recipient(s) only.

Access to or use of this email or its attachments by anyone else is strictly prohibited and may be unlawful. If you are not the intended recipient(s), you may not use, disclose,
copy or distribute this email or its attachments (or any part thereof), nor take or omit to take any action in reliance on it. If you have received this email in error, please notify
the sender immediately by telephone or email and delete it, and all copies thereof, including all attachments, from your system. Any confidentiality or privilege is not waived
or lost because this email has been sent to you by mistake.

Although we have taken reasonable precautions to reduce the risk of transmitting software viruses, we accept no liability for any loss or damage caused by this email or its
attachments due to viruses, interference, interception, corruption or unapproved access.

For information on how your personal information is processed, including information on how to exercise state or country specific Privacy Rights please view our privacy notice here:
https://www.cushmanwakefield.com/en/privacy-and-cookies

# Exhibit F

**14 VESEY STREET**

**Borough: MANHATTAN**
**Block: 88 Lot: 2**

10/21/2024

**Account Balance Summary**

| Year | Charge Amt. | Discount | Interest | Other/Fees | Total |
|------|------------|----------|----------|-----------|-------|
| 2024 | 261,867.52 | 0.00 | 46,234.87 | 175.00 | 308,277.39 |
| 2025 | 255,182.56 | 0.00 | 6,419.08 | 175.00 | 261,776.64 |
| Total: | 517,050.08 | 0.00 | 52,653.95 | 350.00 | 570,054.03 |

**Account Balance Details**

| Year | Period | Charge Type | Account ID | Due Date | Charge Amt. | Discount | Interest | Other/Fees | Total |
|------|--------|-------------|------------|----------|-------------|----------|----------|-----------|-------|
| 2024 | 1 | BID | 92000 | 07/01/2023 | 3,790.04 | 0.00 | 836.78 | 0.00 | 4,626.82 |
| 2024 | 1 | TAX | | 07/01/2023 | 127,791.94 | 0.00 | 28,214.31 | 0.00 | 156,006.25 |
| 2024 | 1 | TXCM | 1000880002 | 07/01/2023 | 0.00 | 0.00 | 0.00 | 175.00 | 175.00 |
| 2024 | 3 | BID | 92000 | 01/01/2024 | 3,790.04 | 0.00 | 499.88 | 0.00 | 4,289.92 |
| 2024 | 3 | TAX | | 01/01/2024 | 126,495.50 | 0.00 | 16,683.90 | 0.00 | 143,179.40 |
| 2025 | 1 | BID | 92000 | 07/01/2024 | 3,793.56 | 0.00 | 190.85 | 0.00 | 3,984.41 |
| 2025 | 1 | TAX | | 07/01/2024 | 123,797.72 | 0.00 | 6,228.23 | 0.00 | 130,025.95 |
| 2025 | 1 | TXCM | 1000880002 | 07/01/2024 | 0.00 | 0.00 | 0.00 | 175.00 | 175.00 |
| 2025 | 3 | BID | 92000 | 01/01/2025 | 3,793.56 | 0.00 | 0.00 | 0.00 | 3,793.56 |
| 2025 | 3 | TAX | | 01/01/2025 | 123,797.72 | 0.00 | 0.00 | 0.00 | 123,797.72 |
| Total: | | | | | 517,050.08 | 0.00 | 52,653.95 | 350.00 | 570,054.03 |

**Notes**

To make a payment, visit www.nyc.gov/payonline.
Payments made today are not reflected in the balances above.

Printable page

14 VESEY STREET          Borough: MANHATTAN
           Block: 88 Lot: 2

## Payments

| Payment Credited Date | Payment Activity Date | Payment # | Amount |
|---|---|---|---|
| 10/01/2020 | 02/22/2022 | 137761920 | -175.00 |
| | | 2025 Total: | -175.00 |
| 01/01/2023 | 12/28/2022 | 148490707 | -123,018.66 |
| 07/01/2022 | 06/30/2022 | 145840884 | -121,695.52 |
| 07/01/2022 | 06/30/2022 | 145840883 | -3,964.86 |
| | | 2023 Total: | -248,679.04 |
| 01/01/2022 | 12/28/2021 | 143642314 | -107,680.20 |
| 07/01/2021 | 06/23/2021 | 140901936 | -102,598.24 |
| 07/01/2021 | 06/23/2021 | 140901935 | -3,811.48 |
| | | 2022 Total: | -214,089.92 |
| 01/01/2021 | 12/30/2020 | 138907317 | -138,744.14 |
| 01/01/2021 | 12/30/2020 | 138907316 | -3,861.22 |
| 10/01/2020 | 09/28/2020 | 137761920 | -209.28 |
| 07/01/2020 | 06/30/2020 | 137148433 | -3,861.23 |
| 07/01/2020 | 06/30/2020 | 137148431 | -134,729.26 |
| | | 2021 Total: | -281,405.13 |
| 01/01/2020 | 12/24/2019 | 134207630 | -3,839.00 |
| 01/01/2020 | 12/24/2019 | 134207628 | -131,468.84 |
| 07/01/2019 | 06/21/2019 | 131787985 | -135,110.16 |
| | | 2020 Total: | -270,418.00 |

## Payment Details

| Payment Credited Date | Payment Activity Date | Payment # | Charge Type | Payment Type | Account ID | Year | Period | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/01/2023 | 12/28/2022 | 148490707 | BID | STD | 92000 | 2023 | 3 | -3,789.86 |
| 01/01/2023 | 12/28/2022 | 148490707 | TAX | STD | | 2023 | 3 | -119,228.80 |
| 07/01/2022 | 06/30/2022 | 145840884 | TAX | STD | | 2023 | 1 | -121,695.52 |
| 07/01/2022 | 06/30/2022 | 145840883 | BID | SPC | 92000 | 2023 | 1 | -3,789.86 |
| 07/01/2022 | 06/30/2022 | 145840883 | TXCM | SPC | 1000880002 | 2023 | 1 | -175.00 |
| 01/01/2022 | 12/28/2021 | 143642314 | TAX | STD | | 2022 | 3 | -103,768.72 |
| 01/01/2022 | 12/28/2021 | 143642314 | BID | STD | 92000 | 2022 | 3 | -3,761.48 |
| 01/01/2022 | 12/28/2021 | 143642314 | BID | STD | 92000 | 2022 | 1 | -150.00 |
| 07/01/2021 | 06/23/2021 | 140901936 | TAX | STD | | 2022 | 1 | -102,598.24 |
| 07/01/2021 | 06/23/2021 | 140901935 | BID | SPC | 92000 | 2022 | 1 | -3,611.48 |
| 07/01/2021 | 06/23/2021 | 140901935 | ELEV | SPC | MULTI DEV | 2022 | 1 | -200.00 |
| 01/01/2021 | 12/30/2020 | 138907317 | TAX | STD | | 2021 | 3 | -138,744.14 |
| 01/01/2021 | 12/30/2020 | 138907316 | BID | STD | 92000 | 2021 | 3 | -3,861.22 |
| 10/01/2020 | 02/22/2022 | 137761920 | PYMT CR | PRE | | 2025 | | -175.00 |
| 10/01/2020 | 09/28/2020 | 137761920 | ELEV | STD | 1S205 | 2021 | 1 | -104.64 |
| 10/01/2020 | 09/28/2020 | 137761920 | ELEV | STD | 1P36779 | 2021 | 1 | -104.64 |
| 07/01/2020 | 06/30/2020 | 137148433 | BID | STD | 92000 | 2021 | 1 | -3,861.23 |
| 07/01/2020 | 06/30/2020 | 137148431 | TAX | STD | | 2021 | 1 | -134,729.26 |
| 01/01/2020 | 12/24/2019 | 134207630 | BID | STD | 92000 | 2020 | 3 | -3,839.00 |
| 01/01/2020 | 12/24/2019 | 134207628 | TAX | PTO | | 2020 | 3 | -131,468.84 |
| 07/01/2019 | 06/21/2019 | 131787985 | BID | STD | 92000 | 2020 | 1 | -3,839.00 |
| 07/01/2019 | 06/21/2019 | 131787985 | ELEV | STD | MULTI DEV | 2020 | 1 | -200.00 |
| 07/01/2019 | 06/21/2019 | 131787985 | TXCM | STD | 18000000000 | 2020 | 1 | -175.00 |
| 07/01/2019 | 06/21/2019 | 131787985 | TAX | STD | | 2020 | 1 | -130,896.16 |
| Total: | | | | | | | | -1,014,767.09 |

**CERTIFICATE OF SERVICE**

I, Daniel N. Brogan, Esquire, do hereby certify that I am over the age of 18, and that on

October 30, 2024, I caused a copy of the foregoing *CPIF MRA, LLC's Motion to Appoint*

*a Chapter 11 Trustee* to be served via CM/ECF upon all persons registered to receive

electronic notifications in these chapter 11 cases and upon the following persons via CM/ECF

and electronic mail:

Eric Horn, Esq.
A.Y. Strauss
Email: ehorn@aystrauss.com

*Counsel to the Debtors*


Lauren Bielskie, Esq.
Rachel Wolf, Esq.
US Dept. of Justice
U.S. Trustee
Email: rachel.wolf@usdoj.gov
        lauren.bielskie@usdoj.gov

*United States Trustee*


Albert Togut
One Penn Plaza, NYC
Email:  altogut@teamtogut.com

*Mediator*

                              /s/ Daniel N. Brogan
                              Daniel N. Brogan (NJ 042592012)

25104370