**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(a)*

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Michael J. Barrie (NJ No. 033262000)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
mbarrie@beneschlaw.com
-and-
Abbey Walsh (admitted *pro hac vice*)
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: (646) 593-7050
Facsimile: (646) 755-3397
abbey.walsh@beneschlaw.com

*Counsel to CPIF MRA, LLC*

| |
|---|
| In re: |
| JTRE 14 VESEY LLC, *et al.*,[1] |
| Debtors. |

Chapter 11

Case No. 24-12087 (MBK)

(Jointly Administered)

**Hearing Date: May 7, 2026 at 10:00 a.m.**
**Obj. Deadline: April 30, 2026 at 4:00 p.m**.

**NOTICE OF HEARING ON MOTION OF CPIF MRA, LLC**
**FOR DETERMINATION THAT A TERM SHEET FAILURE HAS**
**OCCURRED PURSUANT TO THE RULE 9019 SETTLEMENT TERM SHEET**

**PLEASE TAKE NOTICE** that a hearing on the *Motion of CPIF MRA, LLC for Determination that a Term Sheet Failure has Occurred Pursuant to the Rule 9019 Settlement Term Sheet* (the "Motion") will be held on **May 7, 2026, at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, in Courtroom 8 of the United States Bankruptcy Court for the District of New

---

[1] JTRE 14 Vesey LLC's case is jointly administered with the cases of 14 Vesey Street Partners (DEL) LLC (24-12086), Park 28 Partners LLC (24-17234) and W72 Street Partners LLC (24-17236) (together, the "Debtors").

Jersey, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Trenton, NJ 08608 for entry of an order (the "Order"), substantially in the form attached to the Motion as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the *General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents* dated March 27, 2002 (the "General Order") and the *Commentary Supplementing Administrative Procedures* dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary, and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

Dated: April 14, 2026

**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**


By:  _/s/ Michael J. Barrie_
  Michael J. Barrie (NJ 033262000)
  1313 North Market Street, Suite 1201
  Wilmington, DE 19801
  Telephone: (302) 442-7010
  Facsimile: (302) 442-7012
  Email:  mbarrie@beneschlaw.com

  -and-

  Abbey Walsh (admitted *pro hac vice*)
  1155 Avenue of the Americas, Floor 26
  New York, NY 10036
  Telephone: (646) 593-7050
  Facsimile: (646) 755-3397
  Email:  abbey.walsh@beneschlaw.com

  *Counsel for CPIF MRA, LLC*