**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1*

**Vedder Price P.C.**
Max DuVal, Esq.
1633 Broadway, 31st Floor
New York, New York 10019
Tel: (212) 407-7765
Email: mduval@vedder.com

*Counsel for 14 Vesey Prop Co, LLC*

|  |  |
|---|---|
| **In re:**<br><br>**JTRE 14 VESEY LLC, et al.,**<br><br>        **Debtors.** | Chapter 11<br><br>Case No. No.: 24-12087 (MBK)<br>(Jointly Administered)<br><br>The Honorable Michael B. Kaplan |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**ON BEHALF OF 14 VESEY PROP CO, LLC**

**PLEASE TAKE NOTICE** that, pursuant to Sections 342 and 1109(b) of the United States

Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"),

14 Vesey Prop Co, LLC ("Vesey Prop Co") appears in the above-captioned cases (the "Cases")

and requests copies of all notices, pleadings and other filings in the Cases including, without

limitation, those pursuant to Rules 2002 and 9007, to be served on the following persons at the

address, telephone number, facsimile and electronic mail indicated:

**VEDDER PRICE P.C.**
Max DuVal, Esq.
Michael J. Edelman, Esq.
Michael Schein, Esq.
1633 Broadway, 31st Floor
New York, NY 10019
Telephone: (212) 407-7700
Facsimile: (212) 407-7799
mduval@vedder.com
mjedelman@vedder.com
mschein@vedder.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the captioned Debtors or the Debtors' property.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in the Cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended to waive Vesey Prop Co's: (1) right to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court; (2) right to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases; (3) right to have the reference withdrawn by the United States District Court; or (4) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments Vesey Prop Co expressly reserves.

-2-

Dated: April 15, 2026
   New York, New York

Respectfully submitted,

VEDDER PRICE P.C.


By: */s/ Max DuVal, Esq.*

  Max DuVal, Esq.
  1633 Broadway, 31st Floor,
  New York, New York 10019
  Telephone: (212) 407-7765
  Facsimile: (212) 407-7799
  Email: mduval@vedder.com

*Counsel to 14 Vesey Prop Co LLC*