**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1*

**Vedder Price P.C.**
Max DuVal, Esq.
Michael J. Edelman (*pro hac vice pending*)
Michael Schein (*pro hac vice pending*)
1633 Broadway, 31st Floor
New York, New York 10019
Tel: (212) 407-7781
Email: mduval@vedder.com
      mjedelman@vedder.com
      mschein@vedder.com

*Counsel for 14 Vesey Prop Co, LLC*

| | |
|---|---|
| **In re:**<br><br>**JTRE 14 VESEY LLC, et al.,**<br><br>      **Debtors.** | Chapter 11<br><br>Case No. No.: 24-12087 (MBK)<br>(Jointly Administered)<br><br>The Honorable Michael B. Kaplan |

## <u>CERTIFICATE OF SERVICE</u>

1.     I, Max DuVal, of Vedder Price P.C., represent creditor, 14 Vesey Prop Co, LLC, in this matter.

2.     On April 16, 2026, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

14 VESEY PROP CO, LLC'S OBJECTION TO TRUSTEE'S APPLICATION FOR: (I) AN ORDER APPROVING (A) BIDDING PROCEDURES REGARDING THE TRUSTEE'S SALE OF 14 VESEY ST. PROPERTY, (B) THE STALKING HORSE BID PROTECTIONS, AND (C) THE TIME, DATE, PLACE AND FORM OF NOTICE FOR BIDS, AN AUCTION AND A SALE HEARING; AND (II) AN ORDER APPROVING (A) THE SALE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; AND (B) PAYMENT OF BROKER COMMISSIONS FROM SALE PROCEEDS

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 16, 2026
   New York, New York      /s/ *Max DuVal*
                  Max DuVal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Frank Oswald, Esq;<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119 | Attorneys for the Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing<br>   (Unless not a participant in ECF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven J. Cohen, Esq.<br>Wachtel Missry LLP<br>One Dag Hammarskjold Plaza, 47th Floor<br>885 Second Avenue<br>New York, New York 10017 | Counsel to the Stalking Horse Purchaser | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing<br>   (Unless not a participant in ECF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Abbey Walsh, Esq<br>Benesch, Friedlander, Coplan & Aranoff LLP<br>1155 Avenue of the Americas, 26th Floor<br>New York, NY 10036 | Counsel for Lender | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing<br>   (Unless not a participant in ECF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren E. Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing<br>   (Unless not a participant in ECF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| A.Y. Strauss LLC<br>290 West Mount Pleasant Avenue, Suite 3260<br>Livingston, New Jersey 07039 | Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing<br>   (Unless not a participant in ECF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |